UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURAL DUANE DEBBS, SR., | Case No. CV 23-4069-DMG (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GOLDEN PALACE ASSISTED LIVING FACILITIES, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: September 30, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE